In the Matter of BRUCE R. HALL et al., Infants. VIOLET H. WELLS, Appellant; M. LEO FRIEDMAN, as Clerk of the Family Court, Essex County,

Respondent.— Order reversed, on the law and the facts, without costs. Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.